FILED

NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 30 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| EVELIN MARLENI GUEVARA CARPIO,  Petitioner,  v.  ERIC H. HOLDER, Jr., Attorney General,  Respondent. | No. 07-70181  Agency No. A077-816-210  MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 19, 2010[**]

Before:     B. FLETCHER, REINHARDT, and WARDLAW, Circuit Judges.

Evelin Marleni Guevara Carpio, a native and citizen of Guatemala, petitions

for review of the Board of Immigration Appeals' ("BIA") order denying her

motion to reopen. We have jurisdiction under 8 U.S.C. § 1252 and we remand the

petition for review.

_____

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. See Fed. R. App. P. 34(a)(2).

The government has requested a remand of this case based on the BIA's decision in *In re A-M-E & J-G-U-*, 24 I. & N. Dec. 69, 75-76 (BIA 2007). We grant the government's opposed request to remand Carpio's motion to reopen for the BIA to reconsider in light of intervening case law. *See also Perdomo v. Holder*, No. 06-71652, 2010 WL 2721524 (July 12, 2010).

**PETITION FOR REVIEW REMANDED.**